UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., | ) ) ) |
| Plaintiffs, | ) )  Case No. 4:09CV1428TIA |
| v. | ) ) ) |
| B&F DRYWALL, INC., | ) ) |
| Defendant. | ) ) |

## JUDGMENT

Plaintiffs filed their complaint on September 9, 2009 to recover from defendant delinquent fringe benefit contributions, liquidated damages, and interest owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA"). Plaintiffs also seek an award of their attorneys' fees against defendant. Defendant has not appeared, and Plaintiffs move for default judgment, submitting in support of their motion the affidavits of Juli Laramie and Greg A. Campbell.

Under ERISA, 29 U.S.C. § 1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendants owe $18,607.12 in delinquent fringe benefit contributions and $3,721.42 in liquidated damages for the period of March 9, 2009 through June 15, 2009. In addition, defendant owes $1,065.58 in interest for the period of March 9, 2009 through October 2009. The collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), require delinquent employers to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $522.00 in legal fees and $456.00 in court costs. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation in this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment by default in favor of plaintiffs and against defendant B&F Drywall, Inc. in the amount of $24,372.12 as and for delinquent fringe benefit contributions, liquidated damages, interest, court costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2010